## WILLIAMS v. BENICIA WATER CO.

### No. 9416; July 18, 1884.

#### 4 Pac. 382.

Appeal—Bill of Exceptions—Motion for New Trial.—In the absence of a bill of exceptions, the order denying defendant's motion for a new trial will not be reviewed on appeal.

APPEAL from the Superior Court of Solano County.

L. B. & L. Mizner for appellant; Jos. McKenna and Jos. F. Wendell for respondent.

By the COURT.—In the absence of a bill of exceptions we cannot review the order denying the defendant's motion for a new trial, and the appellant does not insist that the complaint does not state facts sufficient to constitute a cause of action or that the findings do not support the judgment.

Judgment and order affirmed.